IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SANDRA TIGGS,**

    Plaintiff,

vs.	5:04-CV-143-SPM/AK

**JOANNE BARNHART,
Commissioner of the Social
Security Administration,**

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND REMANDING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 10) dated August 5, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.	The magistrate judge's report and recommendation (doc. 10) is

adopted and incorporated by reference in this order.

2.  The decision of the Commissioner denying benefits is hereby *affirmed*.

**DONE AND ORDERED** this <u>eighth</u> day of September, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao